UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETTY BROWN, et al., on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUNT & HENRIQUES, ATTORNEYS AT LAW, et al.,<br><br>Defendants. | Case No.  5:15-cv-01111-EJD<br><br>**ORDER RE:  NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 20 |

Having been informed that the parties have reached a settlement of this action, the court schedules a hearing on Plaintiffs' anticipated motion for preliminary approval for **October 8, 2015, at 9:00 a.m.**  Plaintiffs shall file the anticipated motion in accordance with the notice requirements provided by Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: June 25, 2015

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-01111-EJD
ORDER RE:  NOTICE OF SETTLEMENT