UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETTY BROWN, et al., on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>HUNT & HENRIQUES, ATTORNEYS AT LAW,<br><br>   Defendant. | Case No.  5:15-cv-01111-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; CONTINUING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 35), the court orders as follows:

1. Because Plaintiffs have now filed a renewed motion for preliminary approval of the settlement, the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for February 4, 2016, is VACATED.

2. The hearing on the preliminary approval motion is CONTINUED to **9:00 a.m. on April 14, 2016.**

**IT IS SO ORDERED.**

Dated:  January 29, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:15-cv-01111-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE; CONTINUING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT